IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00450-MSK-CBS

SKYWI, INC.,

    Plaintiff,

v.

QWEST CORPORATION,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    **IT IS HEREBY ORDERED** that the Unopposed Motion to Appear Telephonically at Motion Hearing (doc #49, filed 5/8/2009) is **GRANTED.**  Andrew M. Sanchez and Patricia Salazar Ives may appear telephonically at the May 12, 2009 hearing on Plaintiff's Motion to Withdraw.

**DATED:**     May 11, 2009