IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-00450-MSK-CBS

SKYWI, INC.,

    Plaintiff and Counterclaim Defendant,

v.

QWEST CORPORATION,

    Defendant and Counterclaim Plaintiff,

v.

ALLEN WITTERS, an individual,

    Counterclaim Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Motion to Withdraw Perceived Appearance in Proceedings Due to Provision of Bankruptcy Notice (*doc. #99)* is GRANTED. Attorney Lyndel Anne Mason is relieved of any further representation of *Plaintiff* in the above captioned matter. The Clerk of Court is instructed to terminate electronic notification to Ms. Mason and to remove her from the electronic certificate of mailing.

**DATED:**    October 6, 2009